UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00205-HZ |
| v. | INDICTMENT |
| MALIK FARD MUHAMMAD, | 18 U.S.C. § 231(a)(3) |
| | 18 U.S.C. § 844(h)(1) |
| Defendant. | 26 U.S.C. § 5861(d) |
| | Forfeiture Allegation |

THE GRAND JURY CHARGES:

## COUNT 1
**(Civil Disorder)**
**(18 U.S.C. § 231(a)(3))**

On or about September 21, 2020, in the District of Oregon, during a civil disorder, defendant **MALIK FARD MUHAMMAD**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

## COUNT 2
### (Civil Disorder)
### (18 U.S.C. § 231(a)(3))

On or about September 23, 2020, in the District of Oregon, during a civil disorder, defendant **MALIK FARD MUHAMMAD**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

## COUNT 3
### (Using an Explosive to Commit a Felony)
### (18 U.S.C. § 844(h)(1))

On or about September 21, 2020, in the District of Oregon, defendant **MALIK FARD MUHAMMAD**, knowingly used an explosive, that is a Molotov cocktail, to commit Civil Disorder, a felony prosecutable in a court of the United States under 18 U.S.C. § 231(a)(3) as charged in Count 1 of the Indictment;

In violation of Title 18, United States Code, Section 844(h)(1).

\\\

\\\

\\\

## COUNT 4
### (Using an Explosive to Commit of a Felony)
### (18 U.S.C. § 844(h)(1))

On or about September 23, 2020, in the District of Oregon, defendant **MALIK FARD MUHAMMAD**, knowingly used an explosive, that is a Molotov cocktail, to commit Civil Disorder, a felony prosecutable in a court of the United States under 18 U.S.C. § 231(a)(3) as charged in Count 2 of the Indictment;

In violation of Title 18, United States Code, Section 844(h)(1).

## COUNT 5
### (Unlawful Possession of a Destructive Device)
### (26 U.S.C. §§ 5841, 5861(d) and 5871)

On or about September 21, 2020, in the District of Oregon, defendant **MALIK FARD MUHAMMAD** did knowingly and unlawfully possess a destructive device, that is a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26 United States Code, Sections 5841, 5861(d) and 5871.

## COUNT 6
### (Unlawful Possession of a Destructive Device)
### (26 U.S.C. §§ 5841, 5861(d) and 5871)

On or about September 23, 2020, in the District of Oregon, defendant **MALIK FARD MUHAMMAD** did knowingly and unlawfully possess a destructive device, that is a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26 United States Code, Sections 5841, 5861(d) and 5871.

\ \ \

\ \ \

\ \ \

## FORFEITURE ALLEGATION

Upon conviction of any offenses in Counts 3-6, defendant **MALIK FARD MUHAMMAD** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Molotov cocktails involved in those offenses.

Dated: June 15, 2021

A TRUE BILL.

███████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Adam E. Delph*

ADAM E. DELPH
Assistant United States Attorney