Fidel Cassino-DuCloux
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Fidel_Cassino-DuCloux@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:21-cr-00205-HZ |
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **MALIK FARD MUHAMMAD,** | |
| Defendant. | |

Malik Fard Muhammad will appear before this Court on June 21, 2022, for sentencing upon his plea of guilty to count 5 and count 6 of knowingly and unlawfully possessing a destructive device, in violation of 26 U.S.C. § 5841, 5861(d) and 5871. For the reasons outlined in other sentencing materials before the Court, the defense recommends that the Court sentence Mr. Muhammad to 120 months of prison to run concurrent with the 120-month prison sentence he is currently serving in Multnomah County case number 20-CR-55953.

Respectfully submitted on June 15, 2022.

                                                  */s/ Fidel Cassino-DuCloux*
                                                  Fidel Cassino-DuCloux
                                                  Assistant Federal Public Defender